AN APPROPRIATE RECORDS CUSTODIAN AND HAD SUCH REQUEST DENIED.

Appellants' brief on these issues shall be filed within ten days of the date of this Order. Appellees' brief shall be filed within five days of the filing of Appellants' brief. Counsel for Private Bradley Manning, the accused at the pending court–martial, may also file a brief on the above issues within ten days of the date of this Order.

No. 11–0675/AR. U.S. v. Cassandra M. Riley. CCA 20100084. Review granted on the following issues:

I. WHETHER APPELLANT RECEIVED INEFFECTIVE ASSISTANCE OF COUNSEL WHEN HER DEFENSE COUNSEL FAILED TO INFORM HER THAT SHE WOULD HAVE TO REGISTER AS A SEX OFFENDER AFTER PLEADING GUILTY.

II. WHETHER, IN LIGHT OF UNITED STATES v. MILLER, 63 M.J. 452 (C.A.A.F. 2006), THERE IS A SUBSTANTIAL BASIS TO QUESTION APPELLANT'S GUILTY PLEA DUE TO THE MILITARY JUDGE'S FAILURE TO INQUIRE IF TRIAL DEFENSE COUNSEL INFORMED APPELLANT THAT THE OFFENSE TO WHICH SHE PLEADED GUILTY WOULD REQUIRE APPELLANT TO REGISTER AS A SEX OFFENDER.

Briefs will be filed under Rule 25.

No. 11–0640/AR. U.S. v. Robert L. McCullough. CCA 20090206. Appellant's motion to extend time to file the supplement to the petition for grant of review granted to November 1, 2012.

No. 12–0486/AR. U.S. v. Jeremey C. Clifton. CCA 20091092. Appellant's motion to extend time to file a reply brief is granted, *up to and including October 22, 2012, and absent extraordinary circumstances, no further extension of time will be granted in this case.*

No. 12–0597/AR. U.S. v. Reginald D. Holsey. CCA 20100479. Appellant's motion to extend time to file a brief is granted, *up to and including October 26, 2012, and absent extraordinary circumstances, no further extension of time will be granted in this case.*

No. 13–0059/NA. U.S. v. Rocio Mask. CCA 201100399. Appellant's motion to extend time to file the supplement to the petition for grant of review granted to November 1, 2012.